## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| M.G., as Parent and Next Friend of D.G., a Minor, and )<br><br>Plaintiff, )<br><br>vs. )<br><br>CAMP WOOD YOUNG MEN'S )<br>CHRISTIAN ASSOCIATION )<br>a/k/a Camp Wood YMCA, )<br>and )<br>JACOB M. WARD, individual )<br><br>Defendants. ) | Case No. 2:16-cv-02275-JAR-GEB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their counsel of record, pursuant to Fed. R. Civ. P. 41(1)(A)(ii) and the Court's Judgment and Order Approving Settlement (Doc. 132), and hereby stipulate and agree that the above-captioned action may be and is hereby dismissed with prejudice, each party to bear their own costs.

/s/ Michael J. Kuckelman
Michael J. Kuckelman
Michael T. Crabb
KUCKELMAN TORLINE KIRKLAND, LLC
10740 Nall Ave., Suite 250
Overland Park, KS 66211
Telephone:   913-948-8610
Fax:         913-948-8611
Email:       mkuckelman@ktk-law.com
             mcrabb@ktk-law.com
ATTORNEYS FOR PLAINTIFF

/s/ Lee M. Baty
Lee M. Baty            (#24736)
Matthew J. Westering (#24013)
BATY, HOLM, NUMRICH & OTTO P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3019
Telephone:    816-531-7200
Fax:          816-531-7201
Email:        lbaty@batyholm.com
              mjwestering@batyholm.com
ATTORNEYS FOR DEFENDANT CAMP WOOD YMCA



/s/ Randy Scheer
Randy Scheer         #13566
SANDERS WARREN RUSSELL & SCHEER LLP
1855 S. Inram Mill Road, Suite 207
Springfield, MO 65804
Telephone:    417-281-5100
Fax:          417-281-5199
Email:        r.scheer@swrsllp.com

Jana V. Richards KS # 14385
Jordan T. Stanley KS # 21990
SANDERS WARREN RUSSELL & SCHEER LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
Telephone:    913-234-6100
Fax:          913-234-6199
Email:        j.richards@swrsllp.com
              j.stanley@swrsllp.com
 ATTORNEYS FOR DEFENDANT JACOB M. WARD